IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **OROSTREAM LLC,**<br><br>    Plaintiff,<br>v.<br><br>**ABS-CBN INTERNATIONAL,**<br><br>    Defendant. | CIVIL ACTION NO. 2:15-cv-248-JRG<br>(LEAD CASE) |
| **v. TARGET CORPORATION** | CIVIL ACTION NO. 2:15-cv-259-JRG<br>(CONSOLIDATED) |

### ORDER

The Stipulated Motion for Dismissal with Prejudice (Dkt. No. 139) of all claims and counterclaims asserted between Plaintiff Orostream LLC and Defendant Target Corporation, is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Orostream LLC and Defendant Target Corporation, are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 12th day of August, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE